UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MICHAEL HILL,

                        Plaintiff,

                v.                                    9:06-CV-438
                                                                   (FJS/GHL)

DR. CHALANOR, Coxsackie Correctional
Facility; MARGARET FRANKLIN, Nurse
Administrator, Coxsackie Correctional Facility;
ANNE COLE, Superintendent of Health Services,
Coxsackie Correctional Facility; JOY ALBRIGHT,
Nurse, Coxsackie Correctional Facility; GLENN
S. GOORD, Commissioner of DOCS; DOMINIC
MANTELLO, Superintendent; and M. OLIVER,
Correctional Guard, Coxsackie Correctional Facility,

                        Defendants.
_____

**APPEARANCES**                                                    **OF COUNSEL**

**MICHAEL HILL**
**90-B-0732**
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871
Plaintiff *pro se*

**OFFICE OF THE NEW YORK**                         **ADELE M. TAYLOR-SCOTT, AAG**
**STATE ATTORNEY GENERAL**
The Capitol
Albany, New York 12224
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

       In an Order and Report-Recommendation dated February 22, 2008, Magistrate Judge

Lowe recommended that the Court deny Defendants' motion to dismiss Plaintiff complaint for

failure to state a claim without prejudice and deny Plaintiff's cross-motion for summary judgment without prejudice. *See* Dkt. No. 60 at 8.[1] Plaintiff filed objections to these recommendations. *See* Dkt. No. 62.

Magistrate Judge Lowe recommended that the Court deny these two motions because his decision to grant Plaintiff's cross-motion for leave to file a second amended complaint mooted these motions, at least to some extent. Moreover, he noted that "Plaintiff has repeatedly asserted that he had not yet had an opportunity to complete discovery in this matter, suggesting that this case is not yet ripe for adjudication on a motion for summary judgment . . . [and that his review of] Plaintiff's motion for summary judgment [indicated] that, at the very least, questions of fact exist on the record presented by Plaintiff . . . ." *See* Dkt. No. 60 at 7.

The Court has reviewed Plaintiff's objections and finds them to be without merit. Accordingly, the Court hereby

**ORDERS** that Magistrate Judge Lowe's February 22, 2008 Order and Report-Recommendation is **ADOPTED IN ITS ENTIRETY for the reasons stated therein**; and the Court further

---

[1] Magistrate Judge Lowe also granted Plaintiff's cross-motion for leave to file a second amended complaint; granted Defendants' request for leave to file a renewed motion to dismiss; and granted Defendants' request to hold in abeyance their responsive briefing with respect to any renewed cross-motion for summary judgment that Plaintiff might file until the Court decided Defendants' renewed motion to dismiss, pending Plaintiff showing that the continuance of such a stay would be inappropriate. *See* Dkt. No. 60 at 7-8. To the extent that Plaintiff objects to Magistrate Judge Lowe's agreement to hold in abeyance Defendants' responsive briefing with respect to any future motion for summary judgment that Plaintiff might file, the Court finds that this objection is without merit. There is no prejudice to Plaintiff if the Court decides Defendants' renewed motion to dismiss prior to deciding Plaintiff's renewed motion for summary judgment. To the contrary, such a decision makes sense because, if the Court were to grant Defendants' renewed motion to dismiss, such a decision would moot Plaintiff's renewed motion for summary judgment.

**ORDERS** that Defendants' motion to dismiss Plaintiff's complaint for failure to state a claim is **DENIED WITHOUT PREJUDICE**; and the Court further

**ORDERS** that Plaintiff's cross-motion for summary judgment is **DENIED WITHOUT PREJUDICE**; and the Court further

**ORDERS** that this matter is referred to Magistrate Judge Lowe for all further pretrial matters.

**IT IS SO ORDERED.**

Dated: March 31, 2008
      Syracuse, New York

                                            Frederick J. Scullin, Jr.
                                            Senior United States District Court Judge